UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

TIMOTHY L. PALMER, DEANNA M. PALMER, THE LAND BOUNTIFUL ONE, PIERCE COUNTY,

    Defendant.

Case No. C08-5249 FDB

ORDER GRANTING MOTION OF DEFENDANTS PALMER FOR ENLARGEMENT OF TIME TO ANSWER AMENDED COMPLAINT

This matter domes before the Court on motion of Defendants' Palmer for an enlargement of time to file their Answer to the Amended Complaint. The Plaintiff United States responds, stating it does not oppose the motion.

The Court having reviewed the motion, response and files herein, finds good cause showing for the grant of the motion.

ACCORDINGLY;

IT IS ORDERED:

The Motion for Enlargement of Time [Dkt.# 12] is **GRANTED**. Defendants Palmer are granted an additional 30 days in which to file their answer to the amended complaint.

DATED this 21st day of July, 2008

                                                  FRANKLIN D. BURGESS
                                                UNITED STATES DISTRICT JUDGE

ORDER - 1