UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

TIMOTHY L. PALMER, DEANNA M. PALMER, THE LAND BOUNTIFUL ONE, PIERCE COUNTY,

        Defendants.

Civil No. C-08-5249 FDB

**ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Upon good cause shown,

    IT IS HEREBY ORDERED THAT the United States' Motion for Leave to Amend is GRANTED.

The United States may file a Second Amended Complaint within ten days of the date this Order is entered on the docket.

    IT IS FURTHER ORDERED THAT the United States has 120 days from the date the Second Amended Complaint is filed to serve additional parties named in the Amended Complaint.

    IT IS SO ORDERED this 19th day of September, 2008.

_____

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE