

08-CV-05249-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>TIMOTHY L. PALMER, DEANNA M. )<br>PALMER, THE LAND BOUNTIFUL ONE, )<br>PIERCE COUNTY , US BANCORP )<br>FORMERLY DOING BUSINESS AS WEST )<br>ONE BANK, )<br><br>Defendants. ) | Civil No. C-08-5249-FDB<br><br>**ORDER OF DEFAULT AGAINST**<br>**US BANCORP** |

This matter is before the Clerk of Court on the United States' Motion for Entry of Default Against US Bancorp for failure to plead or otherwise defend. The Clerk finds, based on the record herein, that US Bancorp was served with process on October 28, 2008, but has failed to plead or otherwise defend this action. Accordingly, pursuant to Federal Rule of Civil Procedure 55(a), an order of DEFAULT is hereby entered against US BANCORP.

DATED this 8th day of December, 2008.

S/Pat LeFrois
DEPUTY CLERK

**U.S. Department of Justice**

PROPOSED ORDER
(Civ. No. C-0805249-FDB)                    - 1 -

P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-7546