UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>TIMOTHY L. PALMER, DEANNA M. PALMER, THE LAND BOUNTIFUL ONE, PIERCE COUNTY, US BANCORP FORMERLY DOING BUSINESS AS WEST ONE BANK,<br><br>        Defendants | Civil No. 08-5249 FDB<br><br>**ORDER GRANTING UNITED STATES' MOTION TO COMPEL** |

Upon review of the documents in support and in opposition and upon good cause shown,

    IT IS HEREBY ORDERED THAT the United States' Motion to Compel is GRANTED.

    IT IS FURTHER ORDERED THAT answers to the United States' First Set of Interrogatories Directed to Timothy Palmer and answers to the United States' First Set of Interrogatories Directed to Deanna Palmer shall be served on the United States, without objection, no later than January 22, 2009.

    IT IS SO ORDERED this 5th day of January, 2009.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE