UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )          Civil No.  08-5249 FDB
      v.                            )
                                    )          **ORDER GRANTING UNITED**
TIMOTHY L. PALMER, DEANNA M.        )          **STATES' MOTION TO COMPEL**
PALMER,  THE  LAND  BOUNTIFUL  ONE, )
PIERCE COUNTY , US BANCORP          )
FORMERLY DOING BUSINESS AS WEST     )
ONE BANK,                           )
                                    )
            Defendants              )
_____)

Upon review of the documents in support and in opposition and upon good cause shown,

      IT IS HEREBY ORDERED THAT the United States' Motion to Compel is GRANTED.

      IT IS FURTHER ORDERED THAT answers to the United States' Second Set of Interrogatories

Directed to Timothy Palmer and answers to the United States' Second Set of Interrogatories Directed to

Deanna Palmer shall be served on the United States, without objection, no later than March 11, 2009.

      IT IS SO ORDERED this 6th day of March, 2009.



                                    _____
                                    FRANKLIN D. BURGESS
                                    UNITED STATES DISTRICT JUDGE