UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY L. PALMER, DEANNA M. PALMER, THE LAND BOUNTIFUL ONE, PIERCE COUNTY US BANCORP FORMERLY DOING BUSINESS AS WEST ONE BANK, <br><br> Defendants. | Civil No. C08-5249 FDB <br><br> **ORDER GRANTING THE UNITED STATES' MOTION FOR DEFAULT JUDGMENT AGAINST THE LAND BOUNTIFUL ONE AND US BANCORP** |

This matter is before the Court on the United States' Motion for Default Judgment against the Land Bountiful One and US Bancorp. Upon consideration of the motion, any responses thereto, and the record in this case, and for good cause shown,

IT IS HEREBY ORDERED THAT the United States' Motion for Default Judgment the Land Bountiful One and US Bancorp is **GRANTED**.

IT IS FURTHER ORDERED THAT the following are conclusions of law in this action:

a. The purported conveyance of the parcel of real property referred to in the Third Amended Complaint as the Subject Property ("Subject Property") to the Land Bountiful One was fraudulent.

b. The Land Bountiful One is a sham entity to be disregarded for federal tax purposes.

ORDER

- 1 -

c. Title to the Subject Property is deemed to be in Timothy & Deanna Palmer.

d. The Land Bountiful One has no interest in the Subject Property.

e. US Bancorp has no interest in the Subject Property.

IT IS FURTHER ORDERED THAT the fraudulent conveyance of the Subject Property to the Land Bountiful One is hereby set aside.

IT IS FURTHER ORDERED THAT the Clerk of Court shall enter judgment in favor of the United States and against the Land Bountiful One.

IT IS FURTHER ORDERED THAT the Clerk of Court shall enter judgment in favor of the United States and against the US Bancorp.

IT IS SO ORDERED this 2nd day of April, 2009.

/s/ Franklin D. Burgess

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER