# EXHIBIT A-1



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date:  December 14, 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Timothy L. Palmer, Social Security Numbers: ▓▓▓-6775 and ▓▓▓-3833, covering United States Individual Income Tax for the period ending December 31, 1992

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

David R. Martin
Chief, Accounting Operations

Catalog Number 19002E                                                                 Form **2866** (Rev. 09-1997)

```
         CERTIFICATE OF ASSESSME    , PAYMENTS, AND OTHER SPECIFIED M,   :RS
------------------------------------------------------------------------

TIMOTHY L PALMER                          EIN/SSN:         -6775
                                                           -3833


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1992

                                        ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT       DATE (23C,
                                        (REVERSAL)       (REVERSAL)   RAC 006 )
------------------------------------------------------------------------

           ADJUSTED GROSS INCOME
                   222,432.00

           TAXABLE INCOME
                   219,432.00

           SELF EMPLOYMENT TAX
                   10,658.00

08-05-1997 SUBSTITUTE FOR RETURN                         0.00         12-22-1997
           29210-326-25432-7

04-15-1997 AMENDED RETURN FILED
           29277-469-02954-8

02-22-2000 ASSESSMENT STATUTE EXPIR
           DATE EXTEND TO 09-14-2000

           ESTIMATED TAX PENALTY        3,273.63                      07-17-2000
           20002708

           LATE FILING PENALTY          18,764.25                     07-17-2000
           20002708

           ADDITIONAL TAX ASSESSED      75,057.00                     07-17-2000
           BY EXAMINATION
           AUDIT DEFICIENCY PER
           DEFAULT OF 90 DAY LETTER
           29247-580-00090-0   20002708

07-17-2000 RENUMBERED RETURN
           29247-580-00090-0

           INTEREST ASSESSED            77,784.80                     07-17-2000
           20002708

11-13-2000 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

02-05-2001 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)              PAGE    1
```

CERTIFICATE OF ASSESSME    , PAYMENTS, AND OTHER SPECIFIED M.    ERS
------------------------------------------------------------------------

TIMOTHY L PALMER                      EIN/SSN:      ▮-6775
                                                    ▮-3833


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1992


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 04-18-2001 | RECEIVED POA/TIA | | | |
| 02-04-2002 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-24-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 10-31-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | | |
| 11-15-2002 | FEDERAL TAX LIEN | | | |
| 12-09-2002 | FEES AND COLLECTION COSTS | 38.00 | | |
| 12-18-2002 | SUBSEQUENT PAYMENT LEVY | | 480.00 | |
| 12-20-2002 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 1,254.00 | |
| 08-18-2003 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                PAGE    2

CERTIFICATE OF ASSESSME    , PAYMENTS, AND OTHER SPECIFIED M.   ERS
------------------------------------------------------------------------

TIMOTHY L PALMER                        EIN/SSN:  ████-6775
                                                  ████-3833


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 1992

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 08-29-2003 | FEDERAL TAX LIEN | | | |
| 09-29-2003 | FEES AND COLLECTION COSTS | 38.00 | | |
| 10-10-2003 | FEDERAL TAX LIEN | | | |
| 11-03-2003 | FEES AND COLLECTION COSTS | 102.56 | | |
| 06-14-2005 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 5,826.00 | |
| | FAILURE TO PAY TAX PENALTY 20054308 | 18,764.24 | | 11-07-2005 |
| 07-17-2000 | Statutory Notice of Balance Due | | | |
| 08-21-2000 | Notice of Balance Due | | | |
| 09-25-2000 | Statutory Notice of Intent to Levy | | | |
| 11-06-2006 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)              PAGE   3

```
        CERTIFICATE OF ASSESSME    , PAYMENTS, AND OTHER SPECIFIED M.   ERS
----------------------------------------------------------------------------

TIMOTHY L PALMER                     EIN/SSN:    ▮▮▮-6775
                                                 ▮▮▮-3833


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1992
----------------------------------------------------------------------------


BALANCE       186,262.48

----------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

----------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]
PRINT NAME:    David R. Martin

TITLE:         Chief, Accounting Operations

DELEGATION ORDER:   CS/SP – F : 19 (Rev. 10)


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 12/11/2006

FORM 4340  (REV. 01-2002)              PAGE    4
```