# EXHIBIT A-2



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date:  December 14, 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Timothy L. Palmer, Social Security Numbers: ▮▮▮-▮▮-6775 and ▮▮▮-▮▮-3833, covering United States Individual Income Tax for the period ending December 31, 1993

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*David R. Martin* (signature)

David R. Martin
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

```
        CERTIFICATE OF ASSESSMEN    PAYMENTS, AND OTHER SPECIFIED MA    RS
---------------------------------------------------------------------------

TIMOTHY L PALMER                       EIN/SSN:  ████-6775
                                                 ████-3833


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1993

                                      ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS  CREDIT       DATE (23C,
                                      (REVERSAL)    (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------

            ADJUSTED GROSS INCOME
                   300,766.00

            TAXABLE INCOME
                   297,666.00

            SELF EMPLOYMENT TAX
                    11,057.00

08-05-1997  SUBSTITUTE FOR RETURN                      0.00       12-22-1997
            29210-326-25433-7

04-15-1997  AMENDED RETURN FILED
            29277-469-02958-8

02-22-2000  ASSESSMENT STATUTE EXPIR
            DATE EXTEND TO 09-12-2000

            ESTIMATED TAX PENALTY     4,910.47                    07-17-2000
            20002708

            LATE FILING PENALTY      29,299.25                    07-17-2000
            20002708

            ADDITIONAL TAX ASSESSED 117,197.00                    07-17-2000
            BY EXAMINATION
            AUDIT DEFICIENCY PER
            DEFAULT OF 90 DAY LETTER
            29247-580-00091-0   20002708

07-17-2000  RENUMBERED RETURN
            29247-580-00091-0

            INTEREST ASSESSED        103,342.69                   07-17-2000
            20002708

11-13-2000  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

02-05-2001  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)              PAGE    1
```

```
            CERTIFICATE OF ASSESSME{   PAYMENTS, AND OTHER SPECIFIED M{    RS
-------------------------------------------------------------------------------

TIMOTHY L PALMER                        EIN/SSN:  ▓▓▓▓  6775
                                                  ▓▓▓▓  3833


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1993


                                       ASSESSMENT,    PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT        DATE (23C,
                                       (REVERSAL)     (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------

04-18-2001 RECEIVED POA/TIA

02-04-2002 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

10-24-2002 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

10-31-2002 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           COLL DUE PROCESS NOTICE
           REFUSED/UNCLAIMED

11-15-2002 FEDERAL TAX LIEN

08-18-2003 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

08-29-2003 FEDERAL TAX LIEN

10-10-2003 FEDERAL TAX LIEN

           FAILURE TO PAY TAX              29,299.24                 11-07-2005
           PENALTY
           20054308

04-10-1995 Taxpayer Deliquency Notice

05-01-1995 Taxpayer Deliquency Notice


FORM 4340  (REV. 01-2002)                PAGE    2
```

```
         CERTIFICATE OF ASSESSME!   , PAYMENTS, AND OTHER SPECIFIED MA    .RS
------------------------------------------------------------------------------

TIMOTHY L PALMER                        EIN/SSN:       -6775
                                                       -3833


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1993


                                    ASSESSMENT,     PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT      DATE (23C,
                                    (REVERSAL)    (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------
07-17-2000 Statutory Notice of Balance Due

08-21-2000 Notice of Balance Due

09-25-2000 Statutory Notice of Intent to Levy

11-06-2006 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)               PAGE    3
```

```
       CERTIFICATE OF ASSESSME'    , PAYMENTS, AND OTHER SPECIFIED M/    .RS
------------------------------------------------------------------------
TIMOTHY L PALMER                           EIN/SSN:          -6775
                                                             -3833


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1993
------------------------------------------------------------------------


BALANCE       284,048.65

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME:  David R. Martin

TITLE:       Chief, Accounting Operations

DELEGATION ORDER:  CS/SP – F : 19 (Rev. 10)


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 12/11/2006

FORM 4340  (REV. 01-2002)              PAGE    4
```