UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY L. PALMER, DEANNA M. PALMER, THE LAND BOUNTIFUL ONE, PIERCE COUNTY, US BANCORP FORMERLY DOING BUSINESS AS WEST ONE BANK,<br><br>　　　　　Defendants. | Civil No. C-08-5249-RBL<br><br>**ORDER GRANTING THE UNITED STATES' MOTION FOR CONFIRMATION OF SALE AND DISTRIBUTION OF PROCEEDS** |

Upon consideration of the United States' Motion for Confirmation of Sale and Distribution of Proceeds, and any opposition thereto:

The Court finds that the sale of the subject real property located in Pierce County at 14717 39th Avenue E., Tacoma, Washington ("the Property") was conducted by the United States in compliance with 28 U.S.C. §§ 2001-2002, and that payment was made and accepted in compliance with the terms of the Court's Amended Order of Sale dated May 10, 2010.  Accordingly, the motion is **GRANTED**, and it is hereby,

**ORDERED**, that the sale of the Property is confirmed, and the Internal Revenue Service Property Acquisition and Liquidation Specialist shall promptly deliver the appropriate deed thereto to the purchaser of such property.  It is further,

**U.S. Department of Justice**

PROPOSED ORDER
(Civ. No. C-0805249-FDB) 　　　　- 1 -

P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-7546

**ORDERED**, that the Clerk shall disburse the proceeds of the sale from the Court's registry in the following manner:

First, to the IRS (payable to the Internal Revenue Service, and sent to Kathryn Clark, Internal Revenue Service, 55 S. Market Street, Suite 811, Stop HQ5410, San Jose, California 95113) for advertising and locksmith expenses in the amount of $3,307.95.

Second, to Pierce County (payable to Pierce County Budget and Finance, and sent to Pierce County Budget and Finance, P.O. Box 11621, Tacoma, WA 98411) for unpaid property taxes for the tax years 2007-2010, in the amount of $58,447.43.

Third, to the United States (payable to the United States Treasury, and sent to U.S. Department of Justice, Tax Division, P.O. Box 310, Ben Franklin Station, Washington D.C. 20044) for application to the unpaid federal income tax liabilities of Defendant Deanna Palmer for tax periods 1992-1996, plus penalties and interest, in the amount of any residual remaining proceeds, less the registry fee assessment.

**IT IS SO ORDERED**.

Dated this 30th of August, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

**U.S. Department of Justice**

PROPOSED ORDER
(Civ. No. C-0805249-FDB)                - 2 -

P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-7546